IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                          No. 4:22-cr-85-DPM

WHITTNEY DANIELLE YOUNG                                       DEFENDANT
Reg. No. 35259-510

ORDER

Young moves to reduce her sentence based on a 2023 amendment to the Sentencing Guidelines. But she was sentenced in 2024, after that amendment went into effect. She only received one point for being under a criminal justice sentence when she committed her new crime. Her motion, *Doc. 36*, is therefore denied.

The Court is encouraged by Young's good work in custody. Keep it up.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

5 May 2025